# United States District Court
### WESTERN DISTRICT OF TENNESSEE
### Eastern Division



## JUDGMENT IN A CIVIL CASE

BOBBY R. BAKER,

v.

WARDEN PARKER, ET AL.,           CASE NUMBER:   1:05-1132-T/An

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 7/14/2005, this case is hereby DISMISSED without prejudice , pursuant to 42 U.S.C. § 1997 e(a).  It is also CERTIFIED  that any Appeal by plaintiff is not taken in good faith.

APPROVED:

*James D. Todd*

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

                        THOMAS M. GOULD
                        CLERK

7/18/05                 BY: *C. Jard*
DATE                    DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7/19/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 1:05-CV-01132 was distributed by fax, mail, or direct printing on July 19, 2005 to the parties listed.

---

Bobby R. Baker
River Bend Maximum Security
113354
7475 Cockrill Bend Blvd.
Nashville, TN 37209--104

Honorable James Todd
US DISTRICT COURT